1  **JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
3  1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
4  Tel: (702) 805-8340
Fax: (702) 920-8112
5  E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL KAOHI-ALEMAN, an Individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HARRAH'S LAS VEGAS, LLC, a Domestic Limited-Liability Company, DOES I -X; ROE CORPORATIONS I -X.<br><br>　　　　　Defendant. | **CASE NO.: 2:20-cv-00971-APG-NJK**<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY MARTA D. KURSHUMOVA** |

　　　　Plaintiff Rachel Kaohi-Aleman, by and through her counsel Jenny L. Foley, Esq., hereby requests the Court remove attorney Marta D. Kurshumova, Esq. as counsel of record from the above-captioned case.  Plaintiff has been and continues to be represented in this matter by Jenny L. Foley, Ph.D., Esq. and HKM Employment Attorneys, LLP.

///

///

///

///

1 | Dated this 12th day of August, 2020.

2 | HKM EMPLOYMENT ATTORNEYS LLP

3 | */s/ Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
4 | Nevada Bar No. 9017
1785 East Sahara, Suite 300
5 | Las Vegas, Nevada 89104
Tel: (702) 805-8340
6 | Fax: (702) 920-8112
E-mail: jfoley@hkm.com
7 | *Attorney for Plaintiff*

IT IS SO ORDERED.
Dated: August 13, 2020
.
.
_____
Nancy J. Koppe
United States Magistrate Judge