**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RACHEL KAOHI-ALEMAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>HARRAH'S LAS VEGAS, LLC, a Domestic Limited-Liability Company, DOES I -X; ROE CORPORATIONS I -X<br><br>Defendants. | **CASE NO.: 2:20-cv-00971-APG-NJK**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, RACHEL KAOHI-ALEMAN ("Plaintiff") and Defendant HARRAH'S LAS VEGAS, LLC ("Defendant"), by and through their attorneys of record, that this matter be dismissed, and any and all claims Plaintiff had or may have had against the Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

IT IS FURTHER STIPULATED that each party shall bear their own fees and costs.

IT IS SO STIPULATED.

///

///

///

| | | |
|---|---|---|
| 1 | DATED this 23rd day of November, 2020. | DATED this 23rd day of November, 2020. |
| 2 | HKM EMPLOYMENT ATTORNEYS LLP | FENNEMORE CRAIG, P.C. |

By: */s/Jenny L. Foley*
    JENNY L. FOLEY (Bar No. 9017)
    1785 East Sahara, Suite 300
    Las Vegas, Nevada 89104
    Telephone: (702) 805-8340
    Facsimile: (702) 805-8340
    Email:  jfoley@hkm.com
    *Attorneys for Plaintiff*

By: */s/ Shannon S. Pierce*
    SHANNON S. PIERCE (Bar No. 12471)
    ELIZABETH J. BASSETT (Bar No. 9013)
    300 East Second Street, Suite 1510
    Reno, Nevada 89501
    Telephone: (775) 788-2200
    Facsimile: (775) 786-1177
    *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  November 23, 2020